Before STATE INDUSTRIAL BOARD, Respondent. MAMIE TAYLOR, Claimant, Respondent, v. TEBO YACHT BASIN COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

BLAS ALVAREZ, Respondent, v. DOUGLAS V. ASHLEY, as Receiver, etc., of T. H. GILL COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. GEORGE BIRKEL, Claimant, Respondent, v. THOMPSON-STARRETT COMPANY and Another, Appellants.— Motion denied.

MINNIE BROWN, Administratrix, etc., of HERMAN BROWN, Deceased, Appellant, v. THE AMERICAN MANUFACTURING COMPANY, Respondent.— Order unanimously affirmed, on the ground that the granting thereof was within the discretion of the trial justice; with costs to abide the event.

MARY M. CASEY, as Administratrix, etc., of FRANK A. CASEY, Deceased, Respondent, v. MARY K. ERNST and Others, Appellants.— Stay granted until the determination of the motion, with privilege to either party to submit further affidavits within ten days.

JENNIE M. CURTIS, Respondent, v. BORDEN's FARM PRODUCTS CO., INC., Appellant.— Judgment and order reversed upon the law and new trial granted, with costs to appellant to abide the event, upon the ground that the defendant was improperly precluded from proving circumstances upon which it injuriously relied, tending to establish an apparent authority of plaintiff's husband to act for her to sell her milk in his name and to receive her pay through the Dairymen's League and to establish that any sum due her had been paid to the Dairymen's League pursuant to instructions so received, precluding her from recovering in this action. All concur.

EDWIN F. CLAUGHLEY, Respondent, v. ALBERT F. VEEDER, as Executor, etc., of EDWIN F. CLAUGHLEY, SR., Deceased, and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. DAN CONWAY, Claimant, Respondent, v. M. L. OBERDORFER BRASS COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH DELLATERO, Claimant, Appellant, v. BENJAMIN WOLFF and Another, Respondents.— Motion to dismiss appeal denied, and motion to excuse default granted.

Before STATE INDUSTRIAL BOARD, Respondent. CHARLES D. FOX, Claimant, Respondent, v. TRUSLOW & FULLE, INC., and Another, Appellants.— Motion for reargument granted. Case set down for Monday, May fourteenth.